Neil ALLRAN; Terry Spoerle; Leslie J. Dale; Roy Armstrong; Ruth Baker; Sally F. Barker; Jon Barrett; Sevim Basoglu; Mary E. Beckham; O. Eugene Bell; Chesanie Beam; Richard C. Bianco; A.J. Biddell, Dr.; Vernon Birt; Bobby Blanton; Norman Bossen; Patricia A. Boyce; Syble E. Bunnel; Shirley A. Burk–Dewitt; Martin G. Burkland, Dr.; Martin G. Burkland, Mrs.; Tina Carraway; Terrie J. Carver; Richard A. Coad, Jr.; Richard K. Colbourne; Pat H. Coone; Issa Cook; Paul Cook; Nancy A. Cooke; Nancy A. Cowell; Virginia M. Davis; Virginia A. Davis; Albout J. De Cicco; Leonard Demaray; Kiley Donnell; William Donnell; Lois Fortener Doonan; Paul Driscoll; William Driscoll; Ruth Dubose; Paul L. Eckert; Veronica M. Egli; Casey England; Leonard England; Rhonda England; Faye Eurey; Shirl Elkins; Margaret A. Gadley; William Galbraith; Jean Galbraith; William R. Garren; Pamela Gilchrist; Perlie M. Gilchrist; Virginia M. Goetter; Russell B. Graham; Perineau P. Gramling; Lynn Greenwalt; Abraham Grinoch; Michael Halverson; Martha J. Harbsmeier; Norecer B. Harley; Mary Harper; Nybius N. Harrell; Angela Harrison; Raye C. Hatcher; W.E. Haynes; Nanette R. Heckendorn; Scott Henderson; Dennis K. Hickman; Michael T. Hines; Melba L. Hobbs; Timothy Hunt; Marnie Inman; Alfred Izzo; Windell Jackson; Robert L. Kallbreier; Ruth Kamino; Shari Kantor;

---

Ruth J. Kavfman; Tom M. King; Loretta F. King; Margaret Kitchen; Ray E. Knerr; Stanley Korona; Sylvia Leason; Joyce C. Langdon; Valerie Larouche; Vivian Lasko; Adriana Lav; Alexis Lingerfelt; Waylon E. Lynn, Jr.; Rebecca E. Lynn; Marilyn Maggi; Raymond Man; Lester Mandelstgein; Raymond Mandelstgein; Lawrence Mascaro; Margaret Mayer; Mildred F. Mccella; Raymond N. McDougal; Kaname Miya; Crystal D. Morgan; Thomas Morgan; Helen Morgan; Loya S. Moscon, Trustee; Thomas O'Connor; Sheran O'Connor; Linda T. Otani; Michael A. Paez; Arthur L. Page, Jr.; Marie Pagno; Robert Palmiteer; Martha Parsons; Dewayne A. Payne; Clarence Perry; Mary Lou Perry; Stanley M. Pier, Dr.; Ricky Pierce; Robert N. Price; Rita Ramirez; Phenia M. Reed; Kristi Robinson; Anne Roemmich; Otto Roemmich; Larry Rogers, Dr.; Margaret J. Rome; Rebecca Ross–Moses; Annette Saldo; Barbara A. Salmon; T. Reeves Sams; Thomas Schirghi; Thomas G. Schober; Schuur Brothers Incorporated; Milton F. Schwartz, Trustee; Marvin Sculati; Louis Sharpley; Patricia Sharpley; E.B. Hamilton; President Shelby Loan and Mortgage Company; T. Hugh Simrill, Jr.; Sharon L. Smith; Kevin Spencer; Lorena J. Spoerle; Dawson Sterling; Barry D. Steward; Don Sthen; Trudi Sthen; Mary Anne Hagler Stringer; Nancy Tandberg; Kathy J. Thomas; Karla A. Thornton; Sara J. Tomasek; Phyllis F. Tucker; Mary S. Tyner; Dominick Vertorano; John B. Walker; Lois Walker; Linda Weaver; Thomas A. Will, Jr.; H.B. Williams; Kevin Wooten; Robin Wooten, Plaintiffs–Appellants,

v.

WELLS FARGO, Defendant–Appellee,

and

American International Group, Incorporated; Sheila C. Bair; Ben Bernanke; Citibank; Citigroup; John Dimon; John C. Dugan; Elizabeth A. Duke; Timothy F. Geithner; Alan Greenspan; John D. Hawke, Jr.; JP Morgan Chase Bank, Incorporated; Donald L. Kohn; Randall S. Koszner; New York Federal Reserve Bank; Victor Pandit; Henry M. Paulson, Jr.; Charles Prince; John Reich; John Snow; Daniel K. Tarullo; Kevin M. Warsh; Sanford L. Weill, Defendants.

No. 10–1799.

United States Court of Appeals, Fourth Circuit.

Submitted: April 7, 2011.

Decided: April 22, 2011.

Hugh W. Johnston, Hugh Wolfe Johnston, Attorney at Law, Gastonia, North Carolina, for Appellants. Louis Adams Bledsoe, III, Adam Karl Doerr, Robinson, Bradshaw & Hinson, P.A., Charlotte, North Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order sua sponte dismissing their complaint against Defendants for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Allran v. Wells Fargo,* No. 3:10–cv–00200–GCM (W.D.N.C. June 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*